BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: odell.grooms@ssa.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAN RODRIGUEZ, ) | CASE NO. 1:09-cv-01912 GSA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| Respondent. ) | |

    The parties hereby stipulate by counsel, and in accordance with paragraph 12 of the Court's Scheduling Order, that Respondent shall have an extension of time of 30 days in which to respond to Appellant's Opening Brief due to the absence of assigned counsel's absence from the office on official duty. The current due date is July 15, 2010. The new due date will be August 16, 2010.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: July 9, 2010

Respectfully submitted,
*/s/ Steven G. Rosales*
(via email authorization)
STEVEN G. ROSALES
Attorney for Appellant

Dated: July 9, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant United States Attorney

Attorneys for Respondent

**ORDER**

IT IS SO ORDERED.

Dated:   **July 12, 2010**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE