BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8974
   Facsimile:  (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO: 1:09-1912 GSA<br><br>**STIPULATION AND ORDER FOR DEFENDANT'S REQUEST TO EXTEND TIME TO FILE RESPONDING BRIEF** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The current date is August 9, 2010. The new date is September 8, 2010. This request is being made because, due to a workload reallocation, this case was only recently reassigned to the attorney for the Commissioner. Upon reassignment, illegible pages in the electronic administrative record were brought to the attorney for the Commissioner's attention. The Commissioner needs additional time to determine if more legible copies exist.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

STIPULATION AND ORDER.
09-1912                    1

Dated: August 12, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ann L. Maley
ANN L. MALEY
Special Assistant United States Attorney

Attorneys for Defendant

Date: August 12, 2010

STEVEN G. ROSALES
LAW OFFICES OF LAWRENCE D. ROHLFING

Via email authorization on 8/12/10

*/s/ Steven G. Rosales*

STEVEN G. ROSALES
Attorney for Plaintiff

**ORDER**

The foregoing Stipulation is MODIFIED IN PART.  On July 13, 2010, this Court permitted Defendant an extension of time through and including August 16, 2010.  (*See* Doc. 18.)  Thus, a second thirty (30) day extension of time would require Defendant file its opposition on or before September 15, 2010.  Thus, Defendant shall have through and including September 15, 2010, within which to file an opposition to Plaintiff's Opening Brief (Doc. 16).

IT IS SO ORDERED.

**Dated:   August 13, 2010**                  **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER.
09-1912

2