**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRAN RODRIGUEZ, | ) | 1:09-cv-1912 GSA |
| | ) | |
| | ) | ORDER VACATING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | (Doc. 23) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On October 14, 2010, this Court issued an Order to Show Cause ("OSC") why this case should not be transferred to the United States District Court, Northern District of California. (Doc. 23). The OSC was issued because the Civil Cover Sheet filed in this action indicated that Plaintiff resided in Monterey, California. (Doc. 4).

On October 18, 2010, Plaintiff's counsel filed a response indicating that the Civil Case Sheet was filed in error and that Plaintiff resides in Madera, California. Based on the foregoing, this case is properly venued in this district. *See*, 42 U.S.C. § 405(g). As such, the OSC is hereby DISCHARGED and the case will remain in this Court.

IT IS SO ORDERED.

Dated:   **October 20, 2010**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1