**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO RODRIGUEZ, ) | Case No.: 1:09-CV 01912 GSA |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on May 26, 2011(Doc. 28) :

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

_____

IT IS SO ORDERED.

Dated: **May 27, 2011**          **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE